# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MEJIA,<br><br>        Petitioner,<br><br>    v.<br><br>D.K. JOHNSON, Warden,<br><br>        Respondent. | **Case No. CV 15-6626 RSWL (RAO)**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    5/4/2016        s/ RONALD S.W. LEW
                                        HON. RONALD S. W. LEW
                                        SENIOR U.S. DISTRICT JUDGE